IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-cv-00426D-RN

MELCHOR LOPEZ-SANCHEZ, )
                                )
     Plaintiff, )
                                )
v. )
                                )
FORTINO RAMIREZ BAUTISTA, )
                                )
     Defendant. )
                                )

**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT**

Plaintiff, Melchor Lopez-Sanchez, and Defendant, Fortino Ramirez Bautista, by and through their undersigned counsel, jointly move this Court for entry of the Proposed Order attached to this Joint Motion.

Because Plaintiff's claims include alleged violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq., ("FLSA") the parties seek Court approval of the Settlement Agreement. *See Lynn's Food Stores, Inc., v. United States*, 679 F.2d 1350, 1355 (1982); *Boone v. City of Suffolk*, 79 F. Supp. 2d 603, 605 n. 2 (E.D.Va. 1999).

For the reasons set forth in the Memorandum of Law in Support of Joint Motion for Approval of FLSA Settlement, the parties respectfully request that the Court enter the submitted Proposed Order approving the Settlement Agreement reached by the parties. The Settlement Agreement is filed as Exhibit 1. Declaration of Plaintiff's Counsel Megan Garcia-Davis accompanies this Motion and is designated as Exhibit 2.

1

Respectfully submitted this the 15th day of October, 2024.

/s/ Megan Garcia-Davis
Megan Garcia-Davis
N.C. Bar No. 58958
P.O. Box 26626
Raleigh, NC  27611
Telephone: 919-856-2180
Facsimile: 919-856-2167
MeganG@legalaidnc.org
*Attorney for Plaintiff*

/s/ F. Marshall Wall
F. Marshall Wall
NC Bar No. 26804
Cranfill Sumner LLP
P.O. Box 27808
Raleigh, NC  27611-7808
Telephone: 919-828-5100
Facsimile: 919-828-2277
mwall@cshlaw.com
*Attorney for Defendant*

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has on this date electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which system will send a notice of electronic filing to all counsel of record in the above-captioned matter, including the following counsel(s) of record for Defendant:

> F. Marshall Wall
> Cranfill Sumner LLP
> Post Office Box 27808
> Raleigh, NC 27611-7808
> MWall@cshlaw.com
> *Attorney for Defendant*

This, the 16th day of October, 2024.

> Respectfully submitted,

> /s/ Megan Garcia-Davis
> Megan Garcia-Davis
> N.C. Bar No. 58958
> P.O. Box 26626
> Raleigh, NC  27611
> Telephone: 919-856-2180
> Facsimile: 919-856-2167
> MeganG@legalaidnc.org
> *Attorney for Plaintiff*

3