IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-cv-00426-D-RN

MELCHOR LOPEZ-SANCHEZ, )
)
    Plaintiff, )
)
v. )
)
FORTINO RAMIREZ BAUTISTA, )
)
    Defendant. )
)

**ORDER GRANTING APPROVAL OF FLSA SETTLEMENT**

This matter comes before the Court to consider the parties' Joint Motion for Approval of FLSA Settlement. The parties have jointly requested the Court to approve the Settlement Agreement and have mutually agreed to the entry of this Order granting approval of the settlement.

Having review the parties' Joint Motion for Approval of FLSA Settlement, Memorandum of support thereof, and a declaration from Plaintiff's counsel Megan Garcia-Davis, the Court now FINDS, CONCLUDES, DECREES, and ORDERS as follows:

(1) This Court has jurisdiction over the subject matter of the litigation and over all parties to this litigation.

(2) Neither the Settlement, nor the approval order, nor the fact of a settlement, are an admission or concession by the Defendants of any liability or wrongdoing whatsoever.

(3) The terms of the Settlement Agreement are hereby approved and the Court finds that attorneys' fees provided for in the Settlement Agreement are reasonable. The Court finds that the Settlement is fair and adequate and a reasonable and equitable compromise of the claims in this case given the extent of discovery that has taken place, the stage of the proceedings, the expense and likely duration of continued litigation, the probability of Plaintiff's success of the merits, the amount of the settlement in relation to the potential recovery, and the significance of the injunctive relief agreed to. The Court finds that there has been no fraud or collusion in the settlement and that Plaintiff's counsel has adequately represented the Plaintiff.

The Joint Motion for Approval of FLSA Settlement is ALLOWED and the Settlement Agreement is APPROVED without changes.

SO ORDERED. This the 19 day of October, 2024.

JAMES C. DEVER III
United States District Judge